32 P.3d 138

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Gonsalves | 23754 | 09/06/2001 | Reversed |
| State v. Fernandez | 23361 | 09/06/2001 | Affirmed |
| State v. Cuellar | 23734 | 09/07/2001 | Affirmed |
| State v. Desmarais | 23468 | 09/11/2001 | Affirmed |
| Doe, In re | 23737 | 09/14/2001 | Affirmed· |
| State v. Pillos | 23031 | 09/14/2001 | Affirmed |
| Grimes v. Grimes | 23016 | 09/18/2001 | Vacated and Remanded |
| State v. Rydell | 22761 | 09/24/2001 | Vacated and Remanded |
| State v. Navarro | 23411 | 09/26/2001 | Reversed |
| State v. Kaeo | 23426 | 09/27/2001 | Affirmed |
| Moody v. Lam | 23634 | 09/28/2001 | Affirmed |
| Crabbe v. Associates Co. Financial Services of Hawai'i | 23463 | 09/28/2001 | Affirmed |
| State v. Nakayama | 23599 | 09/28/2001 | Affirmed |